RECEIVED
JUN 29 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 29 2018
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| **STATE OF MINNESOTA**<br>County Of Hennepin | Judicial District /<br>Court File Number /<br>Case Type Other / CIVIL<br>District Judges / |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

<u>Peter R. Wright</u>
   Plaintiff 01

                                        NOTICE OF
                             PROOF OF SEVICE BY MAIL

   Vs

<u>Judge Frank Magill</u>
   Defendant 01

Hennepin County
District
<u>Court Corporation</u>
   Defendant 02

_____

*Peter R. Wright*     State I am least 18 years of age

1 OF 13

that on June 28, 2018 I serve the Notice of Summons & Complaint upon defendants Judge Frank Magill, and Hennepin County District Court Corporation established on May 8, 1858, a respondent in this action, by personally handing a true copy of the document to **U.S. Postal Service/ Clerk**
( name of person whom document was handed )

**U.S. Postal Office / Lowery St.**
( address were handed person documents )

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn Stat. 358.116

Date **06/28/2018**

Tracking # (ADMIN)
7018-0360-0001-2431-7371

Tracking # (Judge)
7018-0360-0001-2431-7388

Signature

Name **Parker R. Wright**

Address **1615 Irving Ave. No.**

City/State **Minneapolis, MN 55411**

Telephone **(612) 250-5619**

2 OF 3

_____
Email.