# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Peter R. Wright,

                            *Plaintiff,*

v.                                                   Case No. 0:18–cv–01815–JRT–KMM

Frank Magill, et al.,

                            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Judge Frank Magill

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*       By:      *Amy K Linner*

                                                                     Signature of Clerk or Deputy Clerk

                                                                     Amy Linner

Date of Issuance:  June 29, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01815−JRT−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Judge Frank Magill

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Peter R. Wright,

                          *Plaintiff,*

v.                                            Case No. 0:18–cv–01815–JRT–KMM

Frank Magill, et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Hennepin County 4th District Court

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*      By:    *Amy K Linner* (signature)

                                                          Signature of Clerk or Deputy Clerk

                                                          Amy Linner

Date of Issuance:  June 29, 2018

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−01815−JRT−KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Hennepin County 4th District Court

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: