UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter R. Wright, | Civil File No. 0:18-cv-1815 (JRT/SER) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF KATHRYN IVERSON LANDRUM** |
| Judge Frank Magill and Hennepin County 4th District Court, | |
| Defendants. | |

PLEASE TAKE NOTICE that Kathryn Iverson Landrum, Assistant Attorney General, hereby enters her appearance as counsel for Defendants Judge Frank Magill and Hennepin County 4th District Court ("Judicial Defendants") in the above-entitled action. All pleadings, orders, notices, and other documents should be directed to the undersigned.

Dated: July 12, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Kathryn Iverson Landrum
Kathryn Iverson Landrum
Assistant Attorney General
Atty. Reg. No. 0389424

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us

Attorney for Judicial Defendnats