STATE OF MINNESOTA            Judicial District /
County Of Hennepin            Court File Number /
                              Case Type Other /   CIVIL
                              District Judges /

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter R. Wright
Plaintiff 01                  NOTICE AND
                              ACKNOWLEDGEMENT
                              OF CIVIL SUMMON AND
Vs                            CIVIL COMPLAINT
                              DEMAND FOR COMMON
Judge Frank Magill            LAW JURY TRIAL
Defendant 01                  SERVICE BY MAIL


Hennepin County
4Th District Court
Court Corporation

Defendant 02

1 of 2

TO:  JUDGE FRANK MAGILL
     HENNEPIN COUNTY GOV. CENTER
     300 6TH STREET SE
     MINNEAPOLIS, MN 55487

    Pursuant to Rule 355.02, subd. 1(c) of the Minnesota Rules of General Practice. You must complete the acknowledgment part of this form and return one copy of the completed form to the PLAINTIFF ( Peter R. Wright at 1615 Irving Ave. N - Minneapolis, Mn 55411-3150 ) within 20 days from the date the documents were mailed to you.

    A return envelope, postage prepaid, is enclosed for your use. Signing this Acknowledgment of Service is only an acknowledgment that you received the summons and complaint, and does not waive any other defenses.

    You must sign and date the acknowledgment below. If you do not complete and return the form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

    If you do not agree with the complaint, you must answer the complaint within 20 days or request a hearing. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

    I declare, under penalty of perjury, that I received the summons

and complaint, and that this Notice and Acknowledgment of Service was mailed to the County on the day of ___June 28, 2018___

Signature ___[signature]___ on behalf of Judge Frank Magill
(write in the date you mailed this form to HENNEPIN COUNTY 7-12-18
~~[redacted]~~ 300 South Fourth Street
202 U.S. Courthouse
Minneapolis, Mn 55415

3 OF 3