UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter R. Wright, | Civil File No. 0:18-cv-1815 (JRT/SER) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| Judge Frank Magill and Hennepin County 4th District Court, | |
| Defendants. | |

I hereby certify that on July 13, 2018, I caused the Notice and Acknowledgment of Civil Summon and Civil Complaint Demand for Common Law Jury Trial Service by Mail of Defendants the Honorable Frank Magill and Hennepin County 4th District Court to be filed electronically with the Clerk of Court through ECF, and that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-ECF participant on July 12, 2018:

Peter R. Wright
1615 Irving Avenue North
Minneapolis, MN  55411

Dated:  July 13, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Kathryn Iverson Landrum
KATHRYN IVERSON LANDRUM
Assistant Attorney General
Atty. Reg. No. 0389424
kathryn.landrum@ag.state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)

Attorney for Judicial Defendants