STATE OF MINNESOTA
County Of Hennepin

Judicial District /
Court File Number / 18-CV-1815
Case Type Other /   CIVIL  (JRT/KMM)
District Judges /

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED
JUL 16 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Peter R. Wright
  Plaintiff  01


                    Vs


Judge Frank Magill
  Defendant 01


Hennepin County
4Th District Court
Court Corporation

_____
  Defendant 02

NOTICE AND
ACKNOWLEDGEMENT
OF CIVIL SUMMON AND
CIVIL COMPLAINT
DEMAND FOR COMMON
LAW JURY TRIAL
SERVICE BY MAIL

SCANNED
JUL 16 2018
U.S. DISTRICT COURT MPLS

1 of 2

TO:  JUDGE FRANK MAGILL
     HENNEPIN COUNTY GOV.
     CENTER
     300 6TH STREET SE
     MINNEAPOLIS, MN 55487


Pursuant to Rule 355.02, subd. 1(c ) of the Minnesota Rules of General Practice. You must complete the acknowledgment part of this form and return one copy of the completed form to the PLAINTIFF ( Peter R. Wright at 1615 Irving Ave. N - Minneapolis, Mn 55411-3150 ) within 20 days from the date the documents were mailed to you.

A return envelope, postage prepaid, is enclosed for your use. Signing this Acknowledgment of Service is only an acknowledgment that you received the summons and complaint, and does not waive any other defenses.

You must sign and date the acknowledgment below. If you do not complete and return the form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do not agree with the complaint, you must answer the complaint within 20 days or request a hearing. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


I declare, under penalty of perjury, that I received the summons

and complaint, and that this Notice and Acknowledgment of
Service was mailed to the County on the day of _June 28, 2018_

Signature _____ on behalf of Judge Frank Magill

(write in the date you mailed this form to HENNEPIN COUNTY 7-12-18

300 South Foueth Street
202 U.S. Courthouse
Minneapolis, Mn 55415

2 of 3

EXHIBIT



# STATE OF MINNESOTA

### OFFICE OF THE ATTORNEY GENERAL

SUITE 1100
445 MINNESOTA STREET,
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

July 12, 2018

Peter R. Wright
1615 Irving Avenue North
Minneapolis, MN  55411

> **Re:** ***Peter R. Wright vs. Judge Frank Magill, et al.***
> **Case No. 18-cv-1815 (JRT/KMM)**

Dear Mr. Wright:

My name is Kathryn Iverson Landrum and I represent the defendants in the above-captioned lawsuit you recently filed. Enclosed herewith is the executed Notice and Acknowledgment of Civil Summon and Civil Complaint Demand for Common Law Jury Trial Service by Mail on behalf of Defendant Judge Frank Magill in regard to the above-named matter.

Because you mailed this service waiver on June 28, 2018, our sixty (60) day period to answer/respond to your lawsuit commenced from that date. *See* Fed. R. Civ. P. 4(d)(3). Accordingly, I will be filing a Motion to Dismiss on or before August 27, 2018. I ask that you contact me, at the number listed below, so that we may discuss my anticipated Motion to Dismiss. During that call, I will ask that you voluntarily dismiss the lawsuit against my clients, with prejudice, for numerous reasons, most notably absolute judicial immunity. I look forward to speaking with you.

Sincerely,

KATHRYN IVERSON LANDRUM
Assistant Attorney General
Bremer Tower
445 Minnesota Street, Suite 1100
St. Paul, MN 55101
651.757.1189

Enclosure