# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| PETER R. WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE FRANK MAGILL and HENNEPIN COUNTY 4TH DISTRICT COURT, <br><br> Defendants. | Civil No. 18-1815 (JRT/SER) <br><br><br><br> **ORDER** |

Peter R. Wright, 1615 Irving Avenue North, Minneapolis, MN 55411, *pro se* plaintiff.

Kathryn Iverson Landrum, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendants.

United States Magistrate Judge Steven E. Rau filed the Report and Recommendation on July 25, 2018 [Docket No. 12]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge dated July 25, 2018 [Docket No. 12]. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Peter R. Wright's Notice of Motion for Default Judgment [Doc. No. 10] is **DENIED**.

Dated: August 15, 2018
at Minneapolis, Minnesota

                                                                             s/John R. Tunheim
                                                                             JOHN R. TUNHEIM
                                                                             Chief Judge
                                                                             United States District Court